IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01146-GPG

DAVIS T. STEPHENSON,

    Applicant,

v.

PAUL GRAY, Colorado Division of Adult Parole, and
CYNTHIA COFFMAN, The Attorney General of the State of Colorado,

    Respondents.

---

ORDER FOR STATE COURT RECORD

---

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, it is

ORDERED that **within thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in ***People v. Stephenson*, Case No. 04CR95**, including all documents in the state court file and transcripts of all proceedings conducted in the state court, as well as any physical evidence that is relevant to the asserted claims. It is

FURTHER ORDERED that the Clerk of the Court is directed to send copies of this order to the following:

    (1)    Clerk of the Court
              La Plata County District Court
              1060 E. 2nd Ave.
              Durango, Colorado 81301; and

    (2)    Court Services Manager

State Court Administrator's Office
1300 Broadway
Denver, Colorado  80203.

DATED September 2, 2015, at Denver, Colorado.

BY THE COURT:

s/ Gordon P. Gallagher
_____
United States Magistrate Judge