## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01146-KLM

DAVIS T. STEPHENSON,

    Petitioner,

v.

PAUL GRAY, Colorado Division of Adult Parole, and
CYNTHIA COFFMAN, The Attorney General of the State of Colorado,

    Respondents.

## NOTICE OF EXHIBIT CONVENTIONALLY SUBMITTED

    Respondents hereby give notice of their conventional submission of a disc containing documentary trial exhibits.

    Respectfully submitted,

    CYNTHIA H. COFFMAN
    Attorney General

    s/ Ryan A. Crane
    RYAN A. CRANE*
    Assistant Attorney General
    Criminal Appeals Section
    Attorneys for Respondents

Ralph L. Carr Colorado Judicial Center
1300 Broadway, 9th Floor
Denver, Colorado 80203
Telephone: (720) 508-6487
E-Mail: ryan.crane@coag.gov
*Counsel of Record

MATTER ID: DAXX 2521

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of February 2016, I electronically filed the instant Notice of Exhibit Conventionally Submitted with the Clerk of Court using the CM/ECF system, and further certify that I have served same on the following non-CM/ECF participant by depositing it in the United States mail, first-class postage prepaid, at Denver, Colorado, addressed as follows:

Davis T. Stephenson
PMB # 313
Independence Plaza
1001 16th St. B-180
Denver, CO  80265

s/ Ryan A. Crane